UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| ex rel. ANDREW T. POOL and | ) | |
| ANDREW T. POOL, individually, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:09-cv-66-WTL-WGH |
| | ) | |
| NMC, INC., d/b/a | ) | |
| NORTHSIDE MACHINE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON PENDING MOTIONS

This matter is before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, on a Motion to Compel filed by the Relator, Andrew T. Pool, on December 6, 2010 (Docket No. 69), and a Motion to Enter a Protective Order Governing Discovery in This Lawsuit filed by the Defendant, NMC, Inc., on December 10, 2010 (Docket No. 73).  The Defendant filed a Response in Opposition to Relator's Motion to Compel on December 22, 2010.  (Docket No. 76).  The Relator filed his Response in Opposition to Defendant's Motion for a Protective Order on December 27, 2010 (Docket No. 77), and the Defendant filed its Reply in Support of its motion on December 28, 2010 (Docket No. 78).  A hearing was held on the record on December 29, 2010, at 11:00 a.m., at which the parties were represented by counsel.

The Magistrate Judge, being duly advised, hereby enters the following orders:

1. The Defendant's Motion for Protective Order is **GRANTED, in part,** subject to the Amended Protective Order entered by the Court on this date.

2. The Relator's Motion to Compel is **GRANTED, in part,** with respect to the following particulars:

- (a) Within thirty (30) days of the date of this entry, the Defendant shall produce all items that have been withheld awaiting the execution of a protective order.

- (b) Specifically, the Defendant will identify where any CMM printouts or inspection reports for the years 2005 through 2007 may be located within the production previously made. These materials should be identified by Bates stamp numbers. In the event a Bates stamp number should encompass more than 20 pages of materials, any CMM printouts or inspection reports shall be identified by page number as well as Bates stamp number.

- (c) The Defendant shall provide a privilege log with respect to any document which has been produced in redacted form or which has been withheld from production on the basis of a privilege.

- (d) The Plaintiff shall be entitled to inspect the hard drives of the Defendant by appropriate experts at the completion of the production ordered in this entry.

**SO ORDERED.**

**Dated:** January 6, 2010

William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Electronic copies to:**

Jill Z. Julian
UNITED STATES ATTORNEY'S OFFICE
jill.julian@usdoj.gov

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE
william.mccoskey@usdoj.gov

Lane C. Siesky
SIESKY LAW FIRM, PC
lane@sieskylaw.com

Jennifer Westerhaus Adams
BARNES & THORNBURG LLP
jennifer.adams@btlaw.com

Harold R. Bickham
BARNES & THORNBURG LLP
hbickham@btlaw.com